Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | CASE NO. 2:12-cv-02897-LKK-EFB |
| Plaintiff, | PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING INITIAL SCHEDULING CONFERENCE; AND ORDER |
| v. | |
| ROSA MARIA CEBALLOS, | |
| Defendant. | |

TO THE HONORABLE LAWRENCE K. KARLTON, THE DEFENDANT/S AND THEIR ATTORNEY/S OF RECORD:

Plaintiff J & J Sports Productions, Inc., hereby applies *ex parte* for an order continuing the Initial Scheduling Conference presently set for Tuesday, February 19, 2013 at 10:00 AM.  As set forth below Plaintiff respectfully requests that the Court continue the Initial Scheduling Conference to a new date approximately Thirty (30) to Forty-Five (45) days forward.

The request for the brief continuance is necessitated by the fact that Plaintiff has not yet perfected service of the initiating suit papers upon the Defendant Rosa Maria Ceballos, individually and d/b/a El Tahur Sports Bar a/k/a Sports Bar El Tahur.  As a result, Plaintiff's counsel has not conferred with the defendant concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the preparation of a Initial Scheduling Conference Statement.

Plaintiff recently identified an alternative address that it believes will be successful to serve its initiating suit papers, upon the Defendant.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court continue the Initial Scheduling Conference, presently scheduled for Tuesday, February 19, 2013 at 10:00 AM.

Respectfully submitted,

Dated: February 8, 2013                     /s/ Thomas P. Riley
                                            **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                            By: Thomas P. Riley
                                            Attorneys for Plaintiff
                                            J & J Sports Productions, Inc.

///
///
///
///
///
///
///
///
///
///
///
///
///
///

## ORDER

It is hereby ordered that the Initial Scheduling Conference in civil action number 2:12-cv-02897-LKK-EFB styled *J & J Sports Productions, Inc. v. Ceballos*, is hereby continued from 10:00 AM, Tuesday, February 19, 2013 to April 1, 2013 at 3:00 p.m.  The parties are reminded of their obligation to file status reports 14 days preceding the status conference.

.

Plaintiff shall serve a copy of this Order on the Defendant and thereafter file a Certification of Service of this Order with the Clerk of the Court.

**IT IS SO ORDERED**:

Dated:  February 8, 2013

LAWRENCE  K.  KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

///
///
///
///
///
///
///
///
///
///
///

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is 1114 Fremont Avenue, South Pasadena, California.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On February 8, 2013, I served:

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING INITIAL SCHEDULING CONFERENCE; AND ORDER (Proposed)**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Rosa Maria Ceballos (Defendant)
2539 E. Main Street
Stockton, CA 95205

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct, and that this declaration was executed on February 8, 2013, at South Pasadena, California.

Dated:  February 8, 2013                                    */s/ Maria Baird*_____
                                                                  **MARIA BAIRD**

PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING
INITIAL SCHEDULING  CONFERENCE; AND ORDER (Proposed)
CASE NO. 2:12-cv-02897-LKK-EFB