Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| J & J Sports Productions, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Rosa Maria Ceballos, <br><br> Defendant. | CASE NO. 2:12-CV-02897-LKK-EFB <br><br> PLAINTIFF'S SECOND *EX PARTE* APPLICATION FOR AN ORDER CONTINUING INITIAL SCHEDULING CONFERENCE; AND ORDER |

Plaintiff J & J Sports Productions, Inc., hereby applies *ex parte* for an order continuing the Initial Scheduling Conference in this action, presently set for Monday, April 1, 2013 at 3:00 p.m. to a new date approximately thirty (30) to forty-five (45) days forward.  This request is necessitated by the fact that the defendant Rosa Maria Ceballos has not yet answered Plaintiff's Complaint (despite service of suit papers upon her).

**Wherefore**, Plaintiff respectfully requests that this Honorable Court continue the Initial Scheduling Conference presently scheduled for Monday, April 1, 2013 to a new date approximately thirty (30) to forty-five (45) days forward.

///

///

PLAINTIFF'S SECOND *EX PARTE* APPLICATION FOR AN ORDER CONTINUING
INITIAL SCHEDULING CONFERENCE; AND ORDER (PROPOSED)
CASE NO. 2:12-cv-02897-LKK-EFB
PAGE 1

1

2

3

4

5   Dated: March 18, 2013

6

7

8

9   ///

10   ///

11   ///

12   ///

13   ///

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28

Respectfully submitted,

_/s/ Thomas P. Riley_
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

**PLAINTIFF'S SECOND *EX PARTE* APPLICATION FOR AN ORDER CONTINUING
INITIAL SCHEDULING CONFERENCE; AND ORDER (PROPOSED)
CASE NO. 2:12-cv-02897-LKK-EFB
PAGE 2**

### ORDER

It is hereby ordered that the Initial Scheduling Conference in civil action number 2:12-cv-02897-LKK-EFB styled *J & J Sports Productions, Inc. v. Ceballos,* is hereby continued from 3:00 PM, Monday, April 1, 2013 to May 20, 2013 at 2:00 p.m.  The parties shall file status reports 14 days prior to the status conference.

Plaintiff shall serve a copy of this Order on the Defendant and thereafter file a Certification of Service of this Order with the Clerk of the Court.

**IT IS SO ORDERED**.

DATED:  March 20, 2013.

LAWRENCE  K.  KARLTON
SENIOR  JUDGE
UNITED  STATES  DISTRICT  COURT

///
///
///
///
///
///
///
///
///
///

**PLAINTIFF'S SECOND *EX PARTE* APPLICATION FOR AN ORDER CONTINUING
INITIAL SCHEDULING CONFERENCE; AND ORDER (PROPOSED)
CASE NO. 2:12-cv-02897-LKK-EFB
PAGE 3**

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is 1114 Fremont Avenue, South Pasadena, California 91030.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On March 20, 2013, I caused to serve the following documents entitled:

**PLAINTIFF'S SECOND *EX PARTE* APPLICATION FOR AN ORDER CONTINUING INITIAL SCHEDULING CONFERENCE; AND ORDER (PROPOSED)**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was addressed to:

Rosa Maria Ceballos (Defendant)
2539 East Main Street
Stockton, CA 95209

The fully sealed envelope with pre-paid postage was thereafter placed in our law firm's outbound mail receptacle in order that this particular piece of mail could be taken to the United States Post Office in South Pasadena, California later this day by myself (or by another administrative assistant duly employed by our law firm).

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on March 20, 2013, at South Pasadena, California.

Dated:  March 20, 2013                    */s/ Vanessa Morales*
                                          **VANESSA MORALES**

**PLAINTIFF'S SECOND *EX PARTE* APPLICATION FOR AN ORDER CONTINUING INITIAL SCHEDULING CONFERENCE; AND ORDER (PROPOSED)**
**CASE NO. 2:12-cv-02897-LKK-EFB**
**PAGE 4**